**United States Coal Company, appellee, v. Board of Education of City of Chicago, appellant. Gen. No. 25,557.**

Action to recover purchase price of coal sold and delivered. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. E. M. Mangan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed October 13, 1920.

William A. Bither, for appellant; Frank D. Ayers and Ralph W. Condee, of counsel. Burkhalter & Newfield and Edwin White Moore, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**Arthur Buelens, appellee, v. Charles Lindberg, appellant. Gen. No. 25,575.**

Action to recover for plastering work done. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed October 13, 1920.

D. W. Parker, for appellant. Edmund W. Froehlich, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**Rothschild & Company, appellee, v. Boston Store of Chicago. Mayo Friedberg, appellant. Gen. No. 25,584.**

Contempt proceeding for violating preliminary injunction. Defendant adjudged guilty. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed. Opinion filed October 13, 1920.

John A. Bloomingston, for appellant. Judah, Willard, Wolf & Reichman, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**Ida E. Mack Barber, appellee, v. Samuel A. Tolman et al., on appeal of Samuel A. Tolman, appellant. Gen. No. 25,038.**

Bill for discovery and accounting of an indebtedness secured by a promissory note. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed October 13, 1920. Rehearing denied and additional opinion filed November 10, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Musgrave, Oppenheim & Lee, for appellant; John H. S. Lee, of counsel. Leslie A. Needham, for appellee. Zane, Morse & McKinney, for Charles P. Packer.

Mr. Justice Matchett delivered the opinion of the court.